IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**     \*

     v.     \*     Criminal No. RWT-09-0469

**MAYNOR QUINTANILLA-LEON**     \*

\* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS STATEMENTS

The Defendant, Maynor Quintanilla-Leon, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Paula Xinis, Assistant Federal Public Defender, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions, or confessions allegedly made by the Defendant, whether oral, written or otherwise recorded, which the Government intends to use as evidence against the Defendant at trial. In support of this motion, the Defendant states as follows:

1. The Defendant is charged with one count of enticing a minor for the purpose of producing child pornography, in violation of 18 U.S.C. § 2251(a).

2. According to information provided by the Government, Mr. Quintanilla-Leon was interviewed by law enforcement on or about August 6, 2009, and may have made statements to such law enforcement.

3. Any such statements, admissions or confessions were obtained in violation of Defendant's right to due process and his privilege against self-incrimination, as guaranteed by the Fifth Amendment to the United States Constitution and the Supreme Court's holding in *Miranda v. Arizona*, 384 U.S. 436 (1966).

WHEREFORE, the Defendant moves that all statements, admissions, or confessions which the Government proposes to use as evidence against him, whether oral, written, or otherwise recorded, be suppressed.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

_____/s/_____
PAULA XINIS
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
Fax No. (301) 344-0019
Paula_Xinis@fd.org

## MEMORANDUM OF POINTS AND AUTHORITIES

1. U.S. Const. amend. V

2. Miranda v. Arizona, 384 U.S. 436 (1966)

3. 18 U.S.C. § 3501

_____/s/_____
PAULA XINIS
Assistant Federal Public Defender

## **REQUEST FOR HEARING**

Pursuant to Local Rule 105.6 of the United States Court for the District of Maryland, a hearing is requested on the Defendant's motion.

>
> _____/s/_____
> PAULA XINIS
> Assistant Federal Public Defender