**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                 6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                       GREENBELT, MARYLAND   20770
                                                                                                   301-344-0052

# M E M O R A N D U M

TO:            Counsel of Record

FROM:      Judge Roger W. Titus

RE:            *United States of America v. Quintanilla-Leon*
                  Criminal Case No. RWT-09-469

DATE:       March 11, 2010

* * * * * * * * *

To accommodate the Court's calendar, the telephone status conference previously scheduled for March 22, 2010, at 4:00 p.m. is **RESCHEDULED** for **Monday, March 22, 2010, at 9:00 a.m.** Counsel for the Government will initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                    /s/
                                                                        Roger W. Titus
                                                                        United States District Judge