**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND   20770**
  **301-344-0052**

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Quintanilla-Leon*
Criminal Case No. RWT-09-469

DATE: March 25, 2010

* * * * * * * * *

During a telephone status conference on March 24, 2010, the parties advised the Court that they were close to reaching a plea agreement. Accordingly, the hearing scheduled for April 26, 2010, will either be a hearing on Defendant's Motion To Suppress Statements [Paper No. 18] or a rearraignment hearing. In addition, the Court **CHANGED** the time of the hearing scheduled for April 26, 2010, from 1:00 p.m. to **1:30 p.m.** and **EXTENDED** the time by which the Government shall file any opposition to Defendant's Motion To Suppress Statements [Paper No. 18] to **April 9, 2010**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge